# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERROL PERRIN** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **TOM'S MARINE & SALVAGE,** | * | **MAGISTRATE:** |
| **LLC KHAI DINH, WALTER** | * | |
| **MARINE, LLC, in personam the** | * | |
| **M/V LIGHTHOUSE POINT and** | * | |
| **M/V WAYWARD LADY, in rem** | * | |

**NOW INTO COURT**, through undersigned counsel, comes Errol Perrin, who respectfully pleads as follows:

## THE PARTIES

1.

Plaintiff, Errol Perrin, is a commercial fisherman and owner of the M/V SASSY RAVEN, who resides in Jefferson Parish, Louisiana.

2.

Made defendants herein are:

1.  Tom's Marine & Salvage, LLC ("Tom's"), a limited liability company organized and existing under the laws of the State of Louisiana with its principal place of business at 3008 Jean Lafitte Blvd., Lafitte 70067.

2.  Khai Dinh, an individual who is the owner of Tom's Marine & Salvage doing business at 3008 Jean Lafitte Blvd., Lafitte 70067.

3.  Walter Marine, LLC, a limited liability company organized and existing under the laws of the state of Alabama, with its principal place of business at 222605

Andrews Lane, Orange Beach, Alabama 36561.

4. M/V LIGHTHOUSE POINT, a vessel owned by Walter Marine LLC and located at Tom's Marine & Salvage in Lafitte, Louisiana.

5. M/V WAYWARD LADY, a vessel owned by Walter Marine LLC and located at Tom's Marine & Salvage in Lafitte, Louisiana.

## JURISDICTION AND VENUE

3.

This is an admiralty and maritime claim within the jurisdiction of the United States and this Honorable Court pursuant to Article 3, Section 2 of the United States Constitution; 28 U.S.C. §1333; and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.

Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## BACKGROUND FACTS

5.

At all times pertinent, Khai Dinh was the owner of Tom's Marine & Salvage, LLC, a shipyard, which had two vessels, M/V WAYWARD LADY and M/V LIGHTHOUSE POINT, owned on information and belief by Walter Marine, LLC docked at its facility on or about October 28, 2020.

6.

On or about October 28, 2020, Hurricane Zeta made landfall in southeastern Louisiana as a Category 3 hurricane. Prior to landfall, it was well-known that, according to

the National Hurricane Center, Hurricane Zeta was expected to cause "life-threatening and devastating flooding" and bring ashore hurricane-force winds.

7.

During the passage of Hurricane Zeta over the Lafitte, Louisiana, two vessels (LIGHTHOUSE POINT and WAYWARD LADY) owned by Walter Marine, LLC, broke free from their moorings at Tom's Marine, striking the M/V SASSY RAVEN substantially damaging it, along with the dock to which it was moored, and causing other damages to be proven at trial.

8.

The breakaway and allisions described herein and all loss and damage resulting therefrom was in no way caused or contributed to by any fault, neglect, or want of care on the part of Errol Perrin, or on the part of anyone for whose conduct Errol Perrin is responsible; but, was a result of and caused solely by the fault, neglect, and want of care on the part of the Defendants. Defendants had ample time and opportunity to secure the vessels in anticipation of the severe rain and hurricane-force winds from Hurricane Zeta, and its aftermath, which would certainly cause a strain on the lines used to secure the vessels requiring special precautions to be taken in anticipation thereof.

9.

The Defendants knew or should have known several days in advance that Hurricane Zeta would be impacting southeastern Louisiana and had ample time to secure the vessels in

anticipation of receiving hurricane-force winds and severe rain.  The Defendants were negligent in the following respects:

1. Failing to exercise reasonable care in providing a safe berth for the vessels, M/V WAYWARD LADY and M/V LIGHTHOUSE POINT;

2. Failing to properly secure the vessels, M/V WAYWARD LADY and M/V LIGHTHOUSE POINT;

3. Failing to ensure that the mooring lines were adequately secured for the wind and wave conditions brought on by Hurricane Zeta;

4. Failing to follow industry protocol for the securing of the vessels, M/V WAYWARD LADY and M/V LIGHTHOUSE POINT during a hurricane;

5. Failing to follow industry custom for the securing of vessels during a hurricane;

6. Failing to follow either Defendants and/or any standard heavy weather plan for securing barges during a hurricane;

7. Allowing the M/V WAYWARD LADY and M/V LIGHTHOUSE POINT to allide with the M/V SASSY RAVEN and her dock; and

8. Other negligent acts or omissions to be proven at trial.

All of the foregoing were proximate causes of the M/V WAYWARD LADY and M/V LIGHTHOUSE POINT breaking free and alliding with the M/V SASSY RAVEN and her dock causing the damages referenced above.

10.

Errol Perrin specifically pleads that under maritime law the defendants are presumed to be at fault due to the drifting vessels from the Tom's Marine & Salvage facility striking the vessel while immobile and secured to a dock.

11.

Errol Perrin specifically pleads that the Defendants are negligent per se for violating certain statutory and regulatory provisions of maritime law.

12.

All acts of negligence by the Defendants were caused by negligent acts that were within the privity and knowledge of the Defendants' managerial personnel and/or shore-side personnel, such that the Defendants are not entitled to limitation under maritime law.

13.

Finally, the Defendants failed to take reasonable measures and precautions to secure the M/V WAYWARD LADY and M/V LIGHTHOUSE POINT, and as a result, the damages claimed herein were caused by the Defendants' sole negligence, thereby rendering any "Act of God" defense ineffective or inapplicable.

14.

Perrin has a maritime lien against the M/V LIGHTHOUSE POINT and M/V WAYWARD LADY.

15.

Errol Perrin is entitled to recover from the Defendants the following elements of damages, among others, that will be shown at the trial of this matter:

1. Physical damage to immovable and movable property, including, but not limited to, repair costs, replacement costs, and other damages to be shown at trial.

2. Lost income.

4. All other damages to be proven at trial.

WHEREFORE, Plaintiff Errol Perrin prays that the Defendants Tom's Marine & Salvage, LLC, Khai Dinh, Walter Marine, LLC, in personam, and the M/V LIGHTHOUSE POINT and M/V WAYWARD LADY, in rem, be duly cited to appear and answer this Complaint and, after the legal delays and due proceedings had, that there be judgment herein in favor of Errol Perrin, in an amount to be fixed by the Court, and to fully compensate Errol Perrin for the damages sustained, together with prejudgment interest thereon from the date of occurrence and all costs of these proceedings.

Dated: October 28, 2021.

Respectfully submitted,

**HARRIS & RUFTY, L.L.C.**

**/s/ Alfred J. Rufty, III**
**RUFUS C. HARRIS, III (La. Bar #6638) ALFRED J. RUFTY III (La. Bar #19990)**
**650 Poydras Street, Suite 2710**
**New Orleans, Louisiana 70130**
**Telephone: (504) 525-7500**
**Attorneys for Plaintiff, Errol Perrin**

PLEASE SERVE:

Tom's Marine & Salvage, LLC
Khai Dinh, owner
3008 Jean Lafitte Blvd.
Lafitte, LA 70067

Walter Marine, LLC
22605 Andrews Lane
Orange Beach, AL 36561